

**ORDERED in the Southern District of Florida on April 16, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO.: 18-11021-LMI |
| **Felix Alberto Martinez** | **CHAPTER 13** |
| _____Debtor(s) / | |

### ORDER SUSTAINING OBJECTION TO CLAIM #3-1 FILED BY OBJECTION TO CLAIM OF DITECH FINANCIAL, LLC

THIS CASE came on to be heard on May 8, 2018 on the Debtor's Objection to Claim of Ditech Financial, LLC (DE#26), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #3-1 is **SUSTAINED.**

2. That Claim #3-1 is **ALLOWED** and shall not receive any payments from the Chapter 13 Estate.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
        /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992
Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.